

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2016

No. 04-16-00165-CV

**IN RE PAULINA NAVARRO HERNANDEZ**, Individually and as Next Friend of Minor Children A.M.N. and S.M.N., and their Attorneys Stuart R. White, Kevin W. Liles and Bryan K. Harris

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On June 30, 2016 the real parties in interest filed a motion for extension of time, requesting an extension of thirty days to file their response to the relator's petition for writ of mandamus. The motion is GRANTED IN PART, DENIED IN PART. A response on behalf of the real parties in interest is due July 25, 2016. No further extensions will be granted absent a showing of exceptional circumstances.

It is so **ORDERED** on July 5, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CVT001295 D3, styled *Paulina Navarro Hernandez, Individually and as Next Friend of Minor Children, A.M.N, and S.M.N. v.FE Express, LLC; Francisco Bernal; and Hector Omar Lopez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.